**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **MICAM DEVELOPMENT LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:23-cv-00356-O** |
| | § | |
| **MAXUM INDEMNITY COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |

## FINAL JUDGMENT

Having determined that dismissal is appropriate in this case, the Court now enters this Final Judgment pursuant to Fed. R. Civ. P. 58(a). Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. This Order fully and finally resolves all issues between Plaintiff and Defendant. Any relief not specifically granted in this Judgment is **DENIED** and any parties or claims not otherwise disposed of are **DISMISSED**.

2. All claims asserted in this matter are **DISMISSED with prejudice** to the refiling of the same.

3. The costs shall be borne by the party incurring the same.

**SO ORDERED** on this **20th day** of **February, 2024**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**